# Court of Appeals
# of the State of Georgia

ATLANTA, _January 10, 2023_

*The Court of Appeals hereby passes the following order:*

**A23A0743. IN THE INTEREST OF K. R., A CHILD (FATHER).**

The Cherokee County Juvenile Court entered an order terminating the parental rights of the biological father of K. R., a minor child. After the juvenile court denied the father's motion for a new trial, the father filed this direct appeal. We, however, lack jurisdiction.

Under Georgia law, a party seeking to appeal an order terminating his or her parental rights must file an application for discretionary review. See OCGA § 5-6-35 (a) (12) and (b); *In the Interest of B. R. F.*, 299 Ga. 294, 296 (788 SE2d 416) (2016). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. See *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _01/10/2023_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*